Case 2:16-cr-00628   Document 8   Filed in TXSD on 07/12/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 12, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:16-MJ-00847-1 |
| | § | |
| SANTOS ISIDRO LOMAS | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1)   There is a serious risk that the defendant will not appear; and

(2)   There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant is currently on probation for a driving while intoxicated conviction. His state probation officer is submitting a violator's report to the state judge and it is likely a warrant will be issued for the defendant's arrest. Therefore, defendant has shown an unwillingness or inability to comply with court ordered supervision. Further, the defendant has a serious criminal history which includes convictions for felony crimes of violence. However, if the defendant is able to resolve the matter of his state probation and establish that a warrant will not be issued, the defendant may file a motion to re-open the detention hearing.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 12th day of July, 2016.

*Jason Libby*
Jason B. Libby
United States Magistrate Judge